IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 07 018 ML

UNITED STATES OF AMERICA )
)
v. ) CR. No.
) In Violation of 8 U.S.C.
) §§ 1326(a) and (b)(2)
)
MANUEL MENDEZ-PIMENTAL )
a/k/a RAFAEL SOTO )

FILED
FEB - 7 2007

**INDICTMENT**

The Grand Jury charges that:

On or about January 31, 2007, Defendant MANUEL MENDEZ-PIMENTAL, a/k/a Rafael Soto, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

**REDACTED**

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

DATE: 2-7-07