1286314

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MANUEL MENDEZ-PIMENTAL
A/K/A - RAFAEL SOTO

**WARRANT FOR ARREST**

CASE NUMBER: CR07-18ML

FEB 0 - 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MANUEL MENDEZ-PIMENTAL
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

JEANNINE NOEL
Name of Issuing Officer

J. Noel
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

February 7, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Barnstable County by ICE | | |
| DATE RECEIVED 02/07/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C. Wyant |
| DATE OF ARREST 02/09/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.