July 24th - 07

Manuel mendez Pimentel
950 High St
central Falls, RI 02863.

United states District court.
OFFice OF the clerk.
Fed. Building + court House
One Exchance terrace
Providence, RI 02903

CR 07-018ML

CASE NO. ~~06-055-ML~~

I Am Respectfully submitting this letter to inform you my interest to Appeal my case. (sentencing time). this letter its my notice OF Appeal!

thank you For your time!

Sincerelly
Manuel A Mendez

Manuel mendez Pimentel
D.O.B 26-02-75
ID # 05852070.