**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CASE NO.: 07-cr-0018** |
| | : | |
| **MANUEL MENDEZ-PIMENTAL** | : | **October 15, 2007** |

## MOTION TO WITHDRAW

Now comes John M. Cicilline in the above-entitled cause and moves to withdraw as counsel for the defendant Manuel Mendez-Pimental.

Respectfully submitted,
Manuel Mendez-Pimental,
By his Attorney,

/s/ *JOHN M. CICILLINE*

John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

## CERTIFICATION

I hereby certify that on October 15, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*