# United States Court of Appeals
## For the First Circuit

---

No. 07-2170

UNITED STATES

Appellee

v.

MANUEL MENDEZ-PIMENTAL, a/k/a Rafael Soto

Defendant - Appellant

---

**ORDER OF COURT**
Entered: October 17, 2007
Pursuant to 1st Cir. R. 27.0(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calarudo Date: 10/17/07

By the Court:
Richard Cushing Donovan, Clerk.
JULIE GREGG

By: ____________________
Operations Manager

[Certified copies: Hon. Mary M. Lisi and David DiMarzio, Clerk, United States District Court of Rhode Island]

[cc: John F. Cicilline, Esq., Gerard B. Sullivan, AUSA, Donald Lockhart, AUSA]