UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

January 15, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

RE: CR 07-018ML CCA# **07-2170**
**USA v. Manuel Mendez-Pimental, a/k/a**

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the RECORD ON APPEAL and a certified copy of the docket in the above matters.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:____________________
*John Duhamel*
Deputy Clerk

**Encl.:**
**Document# 27 (Transcript of 7/20/2007 Sentencing Hearing)**
**Certified docket**