07-00018
USDC RI
Lisi, M.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2170

UNITED STATES

Appellee

v.

MANUEL MENDEZ-PIMENTAL, a/k/a Rafael Soto

Defendant - Appellant

**JUDGMENT**

Entered: May 15, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/15/08

cc:
Peter Cyr
Donald Lockhart
Gerard Sullivan
Manuel Mendez-Pimental